# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **15-5978**                    Case Manager: _____

Case Name: **April Miller, et al. v. Kim Davis, et al.**

Is this case a cross appeal?   ☐ Yes   ☒ No
Has this case or a related one been before this court previously?   ☒ Yes   ☐ No
If yes, state:
 Case Name: **Same as above**      Citation: **15-5880, 15-5961**
 Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

**See Addendum.**

This is to certify that a copy of this statement was served on opposing counsel of record this **17th** day of **September**, **2015**.

/s/ Jonathan D. Christman
Name of Counsel for Appellant

# ADDENDUM TO
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

This litigation is a case of first impression following the Supreme Court's decision in *Obergefell v. Hodges*, 134 S.Ct. 2584 (2015). One of the named defendants below—Kim Davis ("Davis")—has appealed to this Court following the September 3, 2015 order from the United States District Court for the Eastern District of Kentucky finding that Davis was in contempt of the district court's August 12, 2015 injunction order[1], and ordering that Davis be incarcerated for her purported contempt. Davis spent six days in jail, but was released hours after Davis filed an emergency motion to stay the district court's contempt order in this Court (Doc. 9). The appellees are the third-party defendants in the case below, Steven L. Beshear, in his official capacity as Governor of Kentucky ("Gov. Beshear") and Wayne Onkst, State Librarian and Commissioner, Kentucky Department for Libraries and Archives (KDLA) ("Commr. Onkst"), and the plaintiffs in the case below, April Miller, Karen Ann Roberts, Shantel Burke, Stephen Napier, Jody Fernandez, Kevin Holloway, L. Aaron Skaggs, and Barry Spartman (collectively, "Plaintiffs").

---

[1] This injunction order is on appeal to this Court, docketed at Case No. 15-5880.

1

Without limiting her ability to raise any other issues and arguments in her opening brief before this Court, Davis provides the following non-binding, preliminary list of issues to be raised in this appeal:

1.    Whether the district court erred in holding a fast-tracked and punitive contempt proceeding that deprived Davis of fundamental constitutional due process rights.

2.    Whether the district court erred in finding Davis in contempt.

3.    Whether the district court violated principles of federalism and comity by effectively removing a publicly elected official from her office for six days, and the discretion she exercises over that office, through the contempt sanction of incarceration.

4.    Whether the district court erred in finding that the contempt sanction did not substantially burden Davis' exercise of religion under the federal Religious Freedom Restoration Act, and also failing to consider less restrictive alternatives as sanctions for its finding of contempt, other than incarceration of a publicly elected official.